AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Utley, Jerome A. Greene, Paul A. Hutton, Edwin Bearss, Jim Court, Neil D. Mangum, Ron Nichols, Mike Koury, Douglas Scott, Bill Harris, Custer Battlefield Historical and Museum Association

**SUMMONS IN A CIVIL CASE**

V.

Mary A. Bomar, et al
~~U.S. Attorney General~~

CASE ٢

Case: 1:08-cv-01319
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/31/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P Street NW, Suite 240
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**   JUL 3 1 2008

CLERK                                  DATE

(By) DEPUTY CLERK

(Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE August 1, 2008 |
| NAME OF SERVER (PRINT) Paula Dinerstein | TITLE PEER Senior Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 1, 2008     /s/ Paula Dinerstein
                Date                    Signature of Server

2000 P St NW Suite 240 Washington DC 20036
Address of Server

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $1.85 | 0281 |
| Certified Fee | $2.70 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.75 | 08/01/2008 |

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington DC 20530

7007 3020 0001 5740 8299

PS Form 3800, August 2006         See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Fe[deral Rules of Civil Procedure]