AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Utley, Jerome A. Greene, Paul A. Hutton,
Edwin Bearss, Jim Court, Neil D. Mangum, Ron
Nichols, Mike Koury, Douglas Scott, Bill Harris,
Custer Battlefield Historical and Museum Association

**SUMMONS IN A CIVIL CASE**

V.

Mary A. Bomar, et al
~~U.S. Attorney for the District of Colombia~~

CASE N

Case: 1:08-cv-01319
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/31/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. Attorney for the District of Colombia
501 Third Street, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P Street NW, Suite 240
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        JUL 3 1 2008

CLERK                                 DATE

(By) DEPUTY CLERK

(DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | August 1, 2008 |
| NAME OF SERVER (PRINT) | TITLE | PEER  Senior Counsel |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug. 1 2008              Paula Dinerstein
                  Date                       Signature of Server

                                    2000 P St NW Suite 240 Washington DC 20036
                                              Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney for District Columbia
   501 Third Street, NW
   Washington, D.C. 20001

(1) As to who

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   AUG 1 1 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   Utley v Bomar

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)        7007 3020 0001 5740 8305

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540